IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ANKER TECH CORPORATION, ANKER INNOVATIONS TECHNOLOGY CO. LTD., ANKER INNOVATIONS LIMITED f/k/a ANKER TECHNOLOGY CO. LTD., and FANTASIA TRADING LLC d/b/a ANKERDIRECT,<br><br>    Defendants. | CIVIL ACTION NO. 2:19-cv-157<br><br>**JURY TRIAL DEMANDED** |

**EX PARTE MOTION FOR LEAVE TO FILE ORIGINAL COMPLAINT UNDER SEAL**

Pursuant to Local Rule CV-5(a)(7), Plaintiff Better Mouse Company, LLC moves for leave to file its original complaint against the above-named Defendants under seal because it contains information designated as confidential under the parties' Settlement and License Agreement.

The sealed complaint and its exhibits will be filed immediately after this Motion for Leave to File Under Seal.

A proposed order is attached.

Dated: May 6, 2019

Respectfully submitted,

*/s/ Larry D. Thompson, Jr.*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.

***FILED UNDER SEAL***

Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Better Mouse Company, LLC*