# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANKER TECH CORPORATION, ANKER INNOVATIONS TECHNOLOGY CO. LTD., ANKER INNOVATIONS LIMITED f/k/a ANKER TECHNOLOGY CO. LTD., and FANTASIA TRADING LLC d/b/a ANKERDIRECT, <br><br> Defendants. | CIVIL ACTION NO. 2:19-cv-157 <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE ORIGINAL COMPLAINT UNDER SEAL

After having considered Plaintiff's Ex Parte Motion for Leave to File Under Seal its original complaint against the above-named Defendants, the Court hereby **ORDERS** that such motion be, and hereby is, **GRANTED**.

1