# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BETTER MOUSE COMPANY, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00157-JRG |
| | § | |
| ANKER TECH CORPORATION, ANKER INNOVATIONS TECHNOLOGY CO. LTD., ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Better Mouse Company, LLC's ("BMC") Ex Parte Motion for Leave to File Original Complaint Under Seal (the "Motion"). (Dkt. No. 1.) Therein, BMC moves for leave on the basis that its Original Complaint (Dkt. No. 2) "contains information designated as confidential under the parties' Settlement and License Agreement." (Dkt. No. 1 at 1.) Having considered the Motion and BMC's Original Complaint, the Court finds it appropriate to seal BMC's Original Complaint. Accordingly, the Motion is hereby **GRANTED**.

It is therefore **ORDERED** that the BMC's Original Complaint (Dkt. No. 2) remains sealed.

**So Ordered this**
**May 7, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE